UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0343-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SCOTT H SHULTZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In accordance with Local Civil Rule 7(d)(7), Defendant's motion to amend the final PSR (Dkt. No. 60) is hereby RENOTED to April 13, 2018.

DATED this 6th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk